NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: MARCUS DEHLIN, STORA ENSO AB,
*Appellants*

---

2017-1000

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/520,363.

---

## JUDGMENT

---

PAUL JUETTNER, Greer, Burns & Crain, Ltd., Chicago, IL, argued for appellants. Also represented by PATRICK J. SMITH.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MOLLY R. SILFEN, COKE MORGAN STEWART.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 14, 2017      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
Clerk of Court